713



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Chas. V. Castner, Chief
Eleemosynary Division
State Board of Control
Austin, Texas

Dear Sir:

Opinion No. 0-3574
Re: Whether the divorced wife of
an ex-Confederate soldier is
eligible to membership in the
Confederate Woman's Home.

Your letter of May 20, 1941, propounds the question of whether the divorced wife of an ex-Confederate soldier is eligible to membership in the Confederate Woman's Home.

Article 3216, Revised Civil Statutes of Texas, reads as follows:

"There shall be established in or near the city of Austin, a home for the indigent wives and widows who are over sixty years of age, of disabled ex-Confederate soldiers and sailors who entered the Confederate service from Texas, or who came to the State prior to January 1, 1880, and whose disability is the proximate result of actual service in the Confederate army for at least three months, and also for women who aided the Confederacy. This institution shall be known as the Confederate Woman's Home."

It is our opinion that the terms "wives and widows" do not include a woman who has been divorced from her husband.

Webster's New International Dictionary, Second Edition, defines the term "widow" as follows:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"A woman who has lost her husband by death; the female survivor of a marital union. A woman who has not remarried after the death of her husband."

The recognized definition of the word widow is a woman who has lost her husband by death; a wife that outlived her husband. Cole v. Mayne, 122 Fed. 836, 839.

The ordinary meaning of the word widow is a married woman whose husband is dead. Meton v. State Industrial Insurance Department, 177 Pac. 696, 697, 104 Wash. 652.

The word widow means a woman who has lost her husband by death, and has no application to a divorced woman. O'Malley v. O'Malley, 129 Pac. 501, 502, 46 Mont. 549, Annotated Cases 1917B, 62.

Likewise, the term wife does not include a woman divorced. Woods v. Waddle, 8 N.E. 297, 299, 44 Ohio St. 449.

The term wife does not mean simply that a woman has been married, but that she is then and there a married woman. Hames v. State, 50 N. E. 401, 20 Ind. App. 168.

We, therefore, respectfully answer your question in the negative.

APPROVED MAY 31, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Zollie C. Steakley
Assistant

ZCS:db

